### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 04-cv-0966-REB-BNB

MICHAEL MILBY,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a corporation,

    Defendant.

### ORDER OF DISMISSAL

**Blackburn, J.**

On October 11, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#26]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#26], filed on October 11, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**;

3. That each party shall pay his and its own attorney fees and costs;

4. That the Trial Preparation Conference set for November 23, 2005, is **VACATED**; and

5.  That the trial to the court set to commence November 28, 2005, is **VACATED.**

Dated October 11, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge